

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00212-CR

Felipe **NEGRETE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13279-CR
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 28, 2021.

_____
Rebeca C. Martinez, Chief Justice